**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7295**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEVEN TERRELL GARRIS,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, Senior District Judge.  (4:17-cr-00029-RAJ-LRL-4)

───────────────

Submitted:  July 25, 2023                                             Decided:  July 27, 2023

───────────────

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Steven Terrell Garris, Appellant Pro Se.  Eric Matthew Hurt, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Terrell Garris appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard).  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
